FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

13 JUL 10 PM 1:53

Jason A. Gaza )
Plaintiff )
)  CIVIL ACTION
vs. )  FILE NO.  8.13 cv1785 T 33 MAP
)
Diversified Consultants Inc. )
Defendants )

## COMPLAINT

Plaintiff, Jason A. Gaza, brings this action against Defendant, Diversified Consultants Inc. (hereafter "DCI"), on the grounds and the amounts set forth herein.

## I. PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against defendant and the costs of this action Jointly and Severally against the defendant for multiple violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 27 U.S.C. § 227 et seq.

## II. PARTIES

1.     Plaintiff is a natural person residing in Spring Hill, Pasco County, Florida.

2.     Defendant DCI is a Florida Profit Corporation engaged in consumer debt collections.

3.     Defendant, DCI, may be served upon its registered agent, John R. Crawford 1200 Riverplace Boulevard, Suite 800, Jacksonville, Florida 32207.

1

TPA-18231

400

## III. JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331.

5.      Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## IV. STATUTORY STRUCTURE TCPA

6.      The Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") amended the Federal Communications Act, 47 U.S.C. § 151, et seq. ("FCA") to address the use of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages received by cell phones, and the use of fax machines to send unsolicited advertisements.

7.      Under the TCPA, "automatic telephone dialing system" (hereafter "ATDS") means equipment which has the capacity—

> (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and
>
> (B) to dial such numbers.
>
> 47 U.S.C. § 227 (a)(1)

8.      Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

9.     Under the TCPA, a person or entity may, if otherwise permitted by the laws or

rules of court of a State, bring in an appropriate court of that State—

(A) an action based on a violation of this subsection or the regulations

prescribed under this subsection to enjoin such violation,

(B) an action to recover for actual monetary loss from such a violation, or

to receive $500 in damages for each such violation, whichever is greater,

or

(C) both such actions.

If the court finds that the defendant willfully or knowingly violated this

subsection or the regulations prescribed under this subsection, the court may, in

its discretion, increase the amount of the award to an amount equal to not more

than 3 times the amount available under subparagraph (B) of this paragraph. 47

U.S.C. § 227 (b)(3).

## V. FACTUAL ALLEGATIONS

10.    On October 11, 2011 the Plaintiff was assigned phone number 813-500-0449 by

T-Mobile USA Inc. (hereafter "T-Mobile").

11.    Between October 11, 2011 and June 28, 2013, Defendant called Plaintiff's cell

phone for the wrong party at least forty-one (41) times with an automated

telephone dialer system without express consent.

## VI. TCPA VIOLATIONS

3

12.    Plaintiff repeats, re-alleges, and incorporates by reference the foregoing

paragraphs. The Defendant's violation of the TCPA include, but are not limited

to, the following:

13.    The actions of the Defendant individually and collectively violated the TCPA.

14.    By the Defendant calling the Plaintiff's cell phone a total of at least forty-one (41)

times with an ATDS or pre-recorded messages without express consent, the

Defendant violated the TCPA.  27 U.S.C. § 227

15.    By the Defendant calling the Plaintiff's cell phone a total of at least forty-one (41)

times with an ATDS or pre-recorded messages willfully and knowingly without

express consent, the Defendant violated the TCPA.  27 U.S.C. § 227

WHEREFOR, Plaintiff prays that judgment be entered against the

Defendant for the following:

(1) Statutory damages pursuant to TCPA 47 U.S.C. § 227(b)(3).

(2) Statutory damages pursuant to TCPA 47 U.S.C. § 227(d)(3).

(3) Fair and reasonable costs of this action, court costs and attorney's fees.

(4) Injunctive relief.

(5) Such other and further relief that the Court deems just and proper.

Jason A. Gaza (Pro Se)
11628 Pilot Country Drive
Spring Hill, FL 34610
813-758-4367
gizmosdaddy.gaza@gmail.com