UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,

   Plaintiff,

Case No.: 8:13-cv-1785

v.

DIVERSIFIED CONSULTANTS, INC.,

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW *Pro Se* Plaintiff, JASON GAZA, and Defendant, DIVERSIFIED CONSULTANTS, INC., by and through its undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this 16 day of December, 2013.

_____
Jason Gaza
11628 Pilot Country Drive
Spring Hill, FL 34610
Gizmosdaddy.gaza@gmail.com
*Pro Se Plaintiff*

_____
Mary Grace Dyleski
Florida Bar No.: 143383
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
dyleski@urbanthier.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on December 20, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Jason Gaza, *Pro Se Plaintiff*, at gizmosdaddy.gaza@gmail.com.

    */s/ Mary Grace Dyleski*
Mary Grace Dyleski
Florida Bar No.: 143383
dyleski@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Phone: (407) 245-8352
Fax: (407) 245-8361
Attorneys for Defendant